Civil Action No. 2:24-cv-00058

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FIDEL CORTEZ, JR. | § | |
| | § | |
| vs. | § | Civil Action No. 2:24-cv-00058 |
| | § | |
| HOME DEPOT U.S.A., INC. and | § | |
| JEFFERY SMITH | § | **JURY DEMANDED** |

**INDEX OF DOCUMENTS**

**EXHIBIT A:** Index of Documents (filed with Notice of Removal)

**EXHIBIT B:** State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Plaintiff's Original Petition | 1/31/2024 |
| B-3 | Nueces County Process Request Sheet | 1/31/2024 |
| B-4 | Plaintiff's First Amended Petition | 2/21/2024 |
| B-5 | Nueces County Process Request Sheet | 2/21/2024 |
| B-6 | The Original Answer of Defendants | 3/1/2024 |

**EXHIBIT C:** List of Parties & Counsel and Civil Cover Sheet (filed with Notice of Removal)

**EXHIBIT D:** Store Investigation

**EXHIBIT E:** Plaintiff's Original Petition filed 8/31/2023 in Nueces County *(former case)*

**EXHIBIT F:** Defendant's Notice of Removal filed 10/18/2023 *(former case)*

**EXHIBIT G:** Joint Stipulation of Dismissal filed 11/8/2023 *(former case)*